UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CRAIG YATES, | No. 3:13-cv-03696 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITRUS CLUB, et al., | |
| Defendants. | |

This is an ADA case that is subject to the case management deadlines set forth in this district's General Order 56. On November 19, 2014, mediator Mark Penskar filed a certification that this action fully settled on November 17, 2014. (Certification, ECF No. 15.) The case has yet to be dismissed, however. Accordingly, the court orders Plaintiff to show cause why this action should not dismissed without prejudice for her failure to prosecute it. Plaintiff shall do so in writing no later than May 18, 2015. If the matter has fully settled, Plaintiff and Defendants shall file a stipulation of dismissal that complies with Rule 41.

**IT IS SO ORDERED.**

Dated: May 8, 2015

_____
LAUREL BEELER
United States Magistrate Judge