```
 1  THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
 2  A PROFESSIONAL LAW CORPORATION
    4328 Redwood Hwy., Suite 300
 3  San Rafael, CA 94903
    Telephone:    415/444-5800
 4  Facsimile:    415/444-5805

 5  Attorney for Plaintiff
    CRAIG YATES
 6
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual;<br><br>       Plaintiff,<br><br>v.<br><br>CITRUS CLUB; DICK S.L. CHEN,<br>Trustee of the CHEN FAMILY TRUST B,<br>dated July 10, 2006; JOE QAQUNDAH;<br>and LINA QAQUNDAH,<br><br>       Defendants.<br>_____ | **CASE NO. CV-13-3696-LB**<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>ORDER |

   Plaintiff CRAIG YATES, by and through his attorney of record, hereby submits the following response to the Order to Show Cause re Failure to Prosecute that was issued on May 8, 2015.

   Plaintiff CRAIG YATES reports that the parties in the above-captioned matter have fully settled the case. Plaintiff has prepared and has circulated a stipulation and proposed order to dismiss this action. Plaintiff will file the stipulation and dismissal no later than fourteen (14) days of this response.

///

///

///

///

For the reasons stated herein, plaintiff's counsel respectfully request that the Order to Show Cause be vacated and that Court does not dismiss this action until a stipulation to dismiss and proposed order has been filed up to and including May 29, 2015.

Dated: May 15, 2015

THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***

By:  /s/Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff CRAIG YATES, an individual

```
The Order To Show Cause is discharged.
DATED: May 19, 2015
```



APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA