1 THOMAS E. FRANKOVICH (State Bar #074414)
  THOMAS E. FRANKOVICH
2 *A PROFESSIONAL LAW CORPORATION*
  4328 Redwood Hwy, Suite 300
3 San Rafael, CA   94903
  Telephone:  415/674-8600
4 Facsimile:   415/674-9900
  tfrankovich@disabilitieslaw.com
5
  Attorney For Plaintiff, CRAIG YATES
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10
   CRAIG YATES                       )    CASE NO.CV-13-3696-LB
11                                    )
                                      )
12        Plaintiffs,                 )    **STIPULATION OF DISMISSAL
                                      )    AND [PROPOSED] ORDER
13 v.                                 )    THEREON**
                                      )
14                                    )
   CITRUS CLUB; DICK S.L. CHEN, Trustee)
15 of the CHEN FAMILY TRUST B, dated July)
   10, 2006; JOE QAQUNDAH; and LINA   )
16 QAQUNDAH,                          )
                                      )
17        Defendants.                 )
18 _____    )

19

20

21     The parties, by and through their respective counsel, stipulate to dismissal
22 of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).
23 Outside of the terms of the Settlement Agreement and General Release
24 ("Agreement") herein, each party is to bear its own costs and attorneys' fees.
25 The parties further consent to and request that the Court retain jurisdiction over
26 enforcement of the Agreement.  See Kokonen v. Guardian Life Ins. Co., 511
27 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over
28 enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. CV-13-3696-LB

|   |   |
|---|---|
| 1 | Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). |

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: May 12, 2015

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW*
*CORPORATION*

By: /s *Thomas E. Frankovich*
    Thomas E. Frankovich
Attorney for Plaintiff, CRAIG YATES

Dated: May 13, 2015

BORTON PETRINI, LLP

Signature approved
May 12, 2014

By: /s Samuel L. Phippips
    Samuel L. Phillips
Attorney for Defendants

Dated: May     , 2015

JOE QAQUNDAH and LINA QAQUNDAH

By:_____
    JOE QAQUNDAH

By:_____
    LINA QAQUNDAH

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     CASE NO. CV-13-3696-LB

-2-

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: May 12, 2015

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:_____
Thomas E. Frankovich
Attorney for Plaintiff, CRAIG YATES

Dated: May __, 2015

BORTON PETRINI, LLP

By:_____
Samuel L. Phillips
Attorney for Defendants

Dated: May 14, 2015

JOE QAQUNDAH and LINA QAQUNDAH

By: /s/ Joe Qaqundah
JOE QAQUNDAH

By: /s/ Lina Q.
LINA QAQUNDAH

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: May 19, 2015

_____
Honorable Laurel Beeler
UNITED STATES MAGISTRATE JUDGE